UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENNIS PERRY                                                    CIVIL ACTION

VERSUS                                                          NUMBER: 19-0280

H.J. HEINZ COMPANY BRANDS, LLC, ET AL.                          SECTION: "T"(5)

## ORDER ON MOTION
## MARCH 30, 2020

APPEARANCES:

MOTION:

(1) Defendants' Motion For Leave To Amend Answer, Affirmative Defenses And Counterclaim (Rec. doc. 88).

_____ : Continued to

_____ : No opposition.

\_\_1\_\_ : Opposition.

## ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

\_\_1\_\_ : Denied. The motion is clearly and obviously untimely, brought mere days before the discovery deadline and after both parties have filed motions for summary judgment. Defendant has failed to establish good cause for the untimely filing of its proposed amended answer, affirmative defenses and counterclaim. The proposed pleading seeks to accomplish far more than merely conforming the pleadings to the evidence, as Defendant suggests. Rather, it adds two entirely new defenses/theories to the case – *de minimus* use and unlawful use – that simply were not encompassed by Defendant's prior pleading of abandonment.

_____:   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE