IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS PERRY,<br>    *Plaintiff and Counter Defendant*,<br>v.<br>H.J. HEINZ COMPANY BRANDS LLC and KRAFT HEINZ FOODS COMPANY,<br>    *Defendants and Counterclaimants*. | CASE NO. 2:19-cv-00280-GGG-MBN<br><br>DISTRICT JUDGE GUIDRY<br><br>MAGISTRATE JUDGE NORTH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement reached among all parties, Counterclaimants H.J. Heinz Company Brands LLC and Kraft Heinz Foods Co. (collectively, Counterclaimants) hereby dismiss with prejudice the counterclaim in this action against the Counter Defendant Dennis Perry, with each of the parties to bear its/his own attorneys' fees and costs.[1]

---

[1] This action is on remand from the U.S. Court of Appeals for the Fifth Circuit, which affirmed dismissal of Mr. Perry's claims against Counterclaimants and remanded for further proceedings on the counterclaim only. *See Perry v. H. J. Heinz Co. Brands, L.L.C.*, 994 F.3d 466, 468 (5th Cir. 2021). Counterclaimants' voluntary dismissal of the counterclaim will therefore dispose of the only remaining claims in this action.

| | |
|---|---|
| HOLLAND & KNIGHT LLP | TOLAR HARRIGAN & MORRIS LLC |
| */s/ Tracy Zurzolo Quinn* | */s/ Brad E. Harrigan* |
| Tracy Zurzolo Quinn | Brad E. Harrigan (Bar No. 29592) |
| (*admitted pro hac vice*) | Kenneth L. Tolar (Bar No. 22641) |
| PA Bar Number: 71072 | 1055 St. Charles Avenue, Suite 208 |
| Email: tracy.quinn@hklaw.com | New Orleans, LA 70130 |
| Amy McVeigh | Telephone: (504) 571-5317 |
| (*admitted pro hac vice*) | Facsimile: (504) 571-5437 |
| PA Bar Number: 205119 | bharrigan@nolaipa.com |
| Email: amy.mcveigh@hklaw.com | ktolar@nolaipa.com |
| 2929 Arch Street, Suite 800 | |
| Philadelphia, PA 19104 | ***Counsel for Dennis Perry*** |
| 215-252-9522 (phone) | |
| 215-867-6070 (fax) | |

L. Bradley Hancock
LA Roll No. 27234
Email: brad.hancock@hklaw.com
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
713-821-7000 (phone)
713-821-7001 (fax)

***Attorneys for Counterclaimants***
***H.J. Heinz Company Brands LLC and***
***Kraft Heinz Foods Company***

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served on all counsel of record via ECF in accordance with the Federal Rules of Civil Procedure on the 9th day of March, 2022.

                                               */s/ Tracy Zurzolo Quinn*
                                               Tracy Zurzolo Quinn